Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINETTE BARRETTO, an individual<br><br>Plaintiff,<br><br>v.<br><br>NEVADA PROPERTY 1, LLC dba THE COSMOPOLITAN OF LAS VEGAS, a corporation; DOES I-X and ROE CORPORATIONS XI-XX,<br><br>Defendants. | Case No. 2:14-cv-01657-MMD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Antoinette Barretto and Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

Dated this 11th day of March, 2015.

JACKSON LEWIS P.C.

/s/Michelle M. Jones
Michelle M. Jones
703 S. 8th St.
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

/s/Lisa A. McClane
Elayna J. Youchah, Bar # 5837
Lisa A. McClane, Bar #10139
3800 Howard Hughes Pkwy. #600
Las Vegas, Nevada 89169

*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated this 11th day of March, 2015.

_____
U.S. DISTRICT COURT/~~MAGISTRATE~~ JUDGE

4852-9037-2642, v. 1